**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**NO: 5:05CR9**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **ANTHONY MICHAEL BROWN,** ) | |
| Defendant. ) | |
| ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter from Anthony Michael Brown, dated August 29, 2005 (the "Letter").[1] In the Letter, Mr. Brown seeks to withdraw his plea agreement.

The record reflects that Mr. Brown is represented by appointed counsel, R. Locke Bell. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Brown has any matters he wishes this Court to consider, they must be submitted through his attorney. The Court notes Mr. Brown's contentions that Mr. Bell failed to inform him of certain things. As such, the Court will schedule an inquiry into the status of counsel.

**IT IS, THEREFORE, ORDERED** that Mr. Brown's request is **DENIED** without prejudice to Mr. Brown's right to re-file the motions, if appropriate, through his attorney.

The Clerk of Court is directed to send a copy of the Letter to Mr. Bell along with his copy of this Order.

---

[1] The Letter was received by the Court on September 1, 2005.

**Signed: September 6, 2005**

_____
David C. Keesler
United States Magistrate Judge