**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:05CR9-18-V**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>ANTHONY MICHAEL BROWN )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on its own motion to continue the sentencing hearing scheduled for 16 January 2007 in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing is hereby continued from the 16 January 2007 sentencing term in the Statesville Division to the next available sentencing term.

Signed: January 10, 2007

Richard L. Voorhees
United States District Judge